FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 24, 2023

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DONALD CRAIG MONSON,<br><br>      Petitioner,<br><br>v.<br><br>MELISSA ANDREWJESKI,<br><br>      Respondent. | No. 4:23-cv-05118-MKD<br><br>ORDER GRANTING MOTION TO VOLUNTARILY DISMISS PETITION AND DISMISSING HABEAS CORPUS PETITION WITHOUT PREJUDICE<br><br>**ECF Nos. 1, 6** |

Before the Court is Petitioner Donald Craig Monson's Motion to Voluntarily Dismiss Petition. ECF No. 6. Petitioner, a prisoner currently housed at the Coyote Ridge Corrections Center, has paid the $5.00 filing fee and Respondent has not been served.

On October 4, 2023, the Court ordered Petitioner to show cause as to why this action should not be dismissed as time-barred under 28 U.S.C. § 2244(d). ECF No. 5 at 8. In his instant Motion, Petitioner requests that the Court "withdraw[]" his action without prejudice. ECF No. 6 at 2.

Accordingly, **IT IS ORDERED:**

1. Petitioner's Motion to Voluntarily Dismiss Petition, **ECF No. 6**, is **GRANTED** pursuant to Federal Rule of Civil Procedure 41(a).

2. The Petition, **ECF No. 1**, is **DISMISSED WITHOUT PREJUDICE**.

3. The Clerk of Court is **DIRECTED** to enter **JUDGMENT** of dismissal without prejudice.

4. The Clerk of Court is **DIRECTED** to **CLOSE** the file.

5. The Court certifies that, pursuant to 28 U.S.C. § 1915(a)(3), an appeal from this decision could not be taken in good faith and there is no basis upon which to issue a certificate of appealability. *See* 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b). A certificate of appealability is therefore **DENIED**.

**IT IS SO ORDERED**. The Clerk of Court is directed to enter this Order and provide a copy of this Order to Petitioner.

DATED October 24, 2023.

*s/Mary K. Dimke*
MARY K. DIMKE
UNITED STATES DISTRICT JUDGE

ORDER GRANTING MOTION TO VOLUNTARILY DISMISS PETITION
AND DISMISSING HABEAS CORPUS PETITION WITHOUT PREJUDICE - 2